UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:　　　　　　　　　　CHAPTER 13
THOMAS TOMOFF,　　　　　　　　　　　CASE NO. 11-56442-MAR
DEBTOR.　　　　　　　　　　　　　　　JUDGE MARK A RANDON
_____/

**TRUSTEE'S OBJECTION TO DEBTOR'S PROPOSED POST-CONFIRMATION PLAN MODIFICATION**

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to Debtor's proposed Plan modification as follows:

1. Based upon Trustee's calculations, debtor's proposed Plan modification runs in excess of 60-months (87 months) due to increases in the continuing mortgage and condo association dues. Trustee notes that debtor's 60-month plan will expire on November 15, 2016.

2. While Trustee does not oppose debtor's request to excuse the plan payment delinquency, Trustee objects to debtor's incurrence of debt over the life of this plan which significantly exceeds $1,000.00 without first obtaining approval from the court contrary to Part II. D. of his confirmed plan.

Page **1** of **3**

WHEREFORE, the Chapter 13 Trustee prays this Honorable Court deny the relief requested.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

August 1, 2016         /s/ Margaret Conti Schmidt
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
THOMAS TOMOFF,  
DEBTOR.  
_____/

CHAPTER 13  
CASE NO. 11-56442-MAR  
JUDGE MARK A RANDON

### CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTION TO DEBTOR'S PROPOSED POST-CONFIRMATION PLAN MODIFICATION** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

BANKRUPTCY MANAGEMENT GROUP
4 PARKLANE BLVD
STE 350
DEARBORN, MI  48126-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

THOMAS TOMOFF
3106 LINWOOD UNIT 31B
ROYAL OAK, MI  48073-0000

August 1, 2016

/s/ Shannon L. Horton  
Shannon L. Horton  
For the Office of the Chapter 13 Trustee-Detroit  
719 Griswold Street, Ste 1100  
Detroit, MI  48226  
(313) 962-5035  
notice@det13ksc.com